AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Filed 8/30/11
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. SA-11-M-751 |
| ANSELMO NIETO ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/14/2010__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 841(b)(1)(C) | Distribution of Heroin |

This criminal complaint is based on these facts:

Affiant's fellow agents supervised an informant's purchase of heroin from Defendant. The informant was first recorded asking Defendant to sell informant heroin. Agents observed informant meet with Defendant on 9/14/2010 and conduct an exchange of $2,400 for 46 grams of heroin. Informant turned the heroin over to agents and described informant's purchase of heroin from Defendant. Defendant is a well-known fulltime heroin dealer in San Antonio, Texas.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Ricky R. Carroll, Special Agent DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/30/2011__

_____
*Judge's signature*

City and state: __San Antonio, Texas__     NANCY S. NOWAK, U.S. MAGISTRATE JUDGE
*Printed name and title*

20 years confinement, $2,000,000 Fine or both; 4 years supervised release; $100 mandatory special assessment